# EXHIBIT B

# U.S. Patent No. US 8,799,083 v. Raising Cane's USA, LLC

## 1. Claim Chart

| Claim | Analysis |
|---|---|
| [1.P] A method, comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone; | Raising Cane's USA, LLC ("Company") performs and/or induces others to perform a method comprising: receiving at least one request of at least one service related to a restaurant menu from a mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Company provides a Raising Cane's Chicken Fingers application which is installed on various devices such as smartphones, and tablets ("mobile phone"). Further, the application allows users to perform various functionalities such as finding nearby Raising Cane's Restaurants' locations and viewing menus. Additionally, the application allows users to order a meal from the restaurant menu displayed within the application ("receiving at least one request of at least one service related to a restaurant menu"). |


Source: https://aws-prod.raisingcanes.com/mobile-ordering

3



Source: https://apps.apple.com/us/app/raising-canes-chicken-fingers/id1530642656



Source: https://apps.apple.com/us/app/raising-canes-chicken-fingers/id1530642656  (annotated)

Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company.

5

| | |
|---|---|
| [1.1] uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone; and | Company performs and/or induces others to perform a method of uploading, by a system of a restaurant, a bill for the at least one service to the mobile phone.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, after completion of the order, the user receives the bill for the ordered meal ("bill for the at least one service") through the Raising Cane's application ("a system of a restaurant") installed on the user's smartphone.<br><br> Bill for the at least one service |

| | |
|---|---|
| | Source: https://apps.apple.com/us/app/raising-canes-chicken-fingers/id1530642656 (annotated)<br><br>The only app you'll ever need to order our One Love® - quality chicken finger meals!<br><br>ORDER AHEAD – Skip the line. Order your favorites, exactly how you like them, in just a few taps.<br><br>PAY AHEAD – Pay straight from your phone for quick and easy order pick-up.<br><br>TASTY TRACKING - Get your chicken fresh and hot every time you pick-up your order.<br><br>QUICK REORDERING – Save your favorites for fast ordering.<br><br>To learn more about Raising Cane's visit raisingcanes.com or find us on Facebook, Twitter, and Instagram for the latest info on what's new, where we're headed next, and more!<br><br>Source: https://apps.apple.com/us/app/raising-canes-chicken-fingers/id1530642656<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |
| [1.2] performing a self-checkout by a at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the | Company performs and/or induces others to perform a method of performing a self-checkout by at least one customer whereby payment for the at least one service is submitted by the at least one customer via the mobile phone to the system, wherein the payment is submitted without interaction with staff associated with the restaurant.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, once the user receives the bill, the application allows the user to pay the bill through a checkout option ("self-checkout by at least one customer whereby payment for at least one service is submitted by at least one customer via the mobile phone to the system") where the user pays the bill without interaction with the staff associated with the restaurant. |

| | |
|---|---|
| payment is submitted without interaction with staff associated with the restaurant. |  Source: https://apps.apple.com/us/app/raising-canes-chicken-fingers/id1530642656 (annotated) |

| | |
|---|---|
| | The only app you'll ever need to order our One Love® - quality chicken finger meals!<br><br>ORDER AHEAD – Skip the line. Order your favorites, exactly how you like them, in just a few taps.<br><br>**PAY AHEAD – Pay straight from your phone for quick and easy order pick-up.**<br><br>TASTY TRACKING - Get your chicken fresh and hot every time you pick-up your order.<br><br>QUICK REORDERING – Save your favorites for fast ordering.<br><br>To learn more about Raising Cane's visit raisingcanes.com or find us on Facebook, Twitter, and Instagram for the latest info on what's new, where we're headed next, and more!<br><br>Source: https://apps.apple.com/us/app/raising-canes-chicken-fingers/id1530642656<br><br>Further, to the extent this element is performed at least in part by Defendant's software source code, Plaintiff shall supplement these contentions pursuant to production of such source code by the Company. |

## 2. List of References

1. https://aws-prod.raisingcanes.com/mobile-ordering, last accessed on 22 April, 2024.
2. https://apps.apple.com/us/app/raising-canes-chicken-fingers/id1530642656, last accessed on 22 April, 2024.
3. https://www.raisingcanes.com/terms-of-use/, last accessed on 22 April, 2024.